FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BOB McCOY
  BILL MEIER
  LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

February 27, 2014

Criminal County Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap St.
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Danny Burns
115 N. Henderson
Fort Worth, TX 76102
* DELIVERED VIA E-MAIL *

Charles M. Mallin
Asst. Criminal District Attorney
401 W. Belknap St.
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. Deborah Nekhom
Judge, County Criminal Court No. 4
Tim Curry Criminal Justice Center
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:   02-08-00304-CR
        Trial Court Case Number:   1063097

Style:   Bradley Kelton Crenshaw
         v.
         The State of Texas

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

A copy of the opinion and judgment can be viewed on our Court's webpage at: http://www.2ndcoa.courts.state.tx.us/.

FILE COPY

02-08-00304-CR
February 27, 2014
Page 2

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*